Timothy R. Sullivan    #128467
**McLAUGHLIN SULLIVAN LLP**
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Plaintiffs JOHN WALLACE and NORMA WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALLACE AND NORMA WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>BCS INSURANCE COMPANY, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 1:07-CV-00778-OWW-SMS<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE RE: MOTION TO DISMISS**<br><br>Local Rules 78-230(g)<br><br>*Amended Complaint Filed: 5/25/07* |

WHEREAS Defendants' Motion to Dismiss is currently scheduled for hearing on August 6, 2007, at 10:00 a.m., in Courtroom 3, and

WHEREAS the August 6, 2007, hearing date presents a conflict for Plaintiffs' counsel's schedule, and

WHEREAS counsel for the parties have agreed to continue the hearing date to August 20, 2007, and

WHEREAS the proposed hearing date of August 20, 2007, is available on the Court's calendar,

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs JOHN WALLACE and NORMA WALLACE on behalf of themselves and all others similarly situated ("Plaintiffs" and Defendants BCS INSURANCE COMPANY and WORLD ACCESS SERVICE CORPORATION [also erroneously sued herein as "Access America")

PDF created with pdfFactory trial version www.pdffactory.com

("Defendants"), through their respective undersigned counsel, that, pursuant to Local Rule 78-230(g), the date of the hearing on Defendants' Motion to Dismiss is continued to August 20, 2007, at 9:00 a.m., in Courtroom 3.

Signature of counsel by facsimile shall be effective in lieu of an original signature.

Dated: July __, 2007        **McLAUGHLIN SULLIVAN LLP**

By: _____
Timothy R. Sullivan
Attorneys for Plaintiffs
JOHN and NORMA WALLACE

Dated: July __, 2007        THELEN, REID, BROWN, RAYSMAN & STEINER LLP

By: _____
Gayle I. Jenkins
E. Todd Chayet
Attorneys for Defendants
BCS INSURANCE COMPANY and
WORLD ACCESS SERVICE CORPORATION,
also erroneously sued herein as "Access America"

**BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT** the hearing date for Defendants' Motion to Dismiss, currently set for August 6, 2007, shall be and hereby is continued to August 20, 2007, at 9:00 a.m. in Courtroom 3.

Dated: July 25, 2007        By: _/s/ Oliver W. Wanger_____
Hon. Oliver W. Wanger
U.S. District Court Judge

00015300.000.DOC

PDF created with pdfFactory trial version www.pdffactory.com