1  GAYLE I. JENKINS, CA BAR NO. 168962
   E. TODD CHAYET, CA BAR NO. 217694
2  BRIAN M. HOM, CA BAR NO. 240055
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, CA  90071-3048
4  Tel. 213.576.8000; Fax 213.576.8080

5  Attorneys for Defendants
   BCS INSURANCE COMPANY and
6  WORLD ACCESS SERVICE CORPORATION, also
   erroneously sued as ACCESS AMERICA

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 JOHN WALLACE and NORMA            Case No.: 1:07-CV-00778-OWW-SMS
   WALLACE,
12                                   **STIPULATION AND ORDER
                   Plaintiffs,       CONTINUING HEARING DATE RE
13                                   MOTION TO DISMISS**
          vs.
14                                   **[Local Rule 78-230(g)]**
   BCS INSURANCE COMPANY, WORLD
15 ACCESS SERVICE CORPORATION,
   ACCESS AMERICA and DOES 1 through
   25, inclusive,                    Amended Complaint
16                                     Filed:          May 25, 2007
                   Defendants.
17

18       WHEREAS Defendants' Motion to Dismiss was previously scheduled for hearing on

19 August 20, 2007, at 10:00 a.m., in Courtroom 3, and was continued on the Court's own motion,

20 due to the press of business, to August 27, 2007, and

21       WHEREAS the August 27, 2007, hearing date presents a conflict for Defendants'

22 counsel's schedule, and

23       WHEREAS counsel for the parties have agreed to continue the hearing date to September

24 24, 2007, and

25       WHEREAS the parties are in the process of confirming that the proposed hearing date of

26 September 24, 2007, is available on the Court's calendar,

27

28

LA #562186 v1                        - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs John Wallace and

2   Norma Wallace on behalf of themselves and all others similarly situated and Defendants BCS

3   Insurance Company and World Access Service Corporation, also erroneously sued as Access

4   America, through their respective undersigned counsel, that, pursuant to Local Rule 78-230(g), the

5   date of the hearing on Defendants' Motion to Dismissed is continued to September 24, 2007, at

6   10:00 a.m., in Courtroom 3.

7        Signature of counsel by facsimile shall be effective in lieu of an original signature.

8

9   Dated: August 20, 2007               THELEN REID BROWN RAYSMAN

10                                        & STEINER LLP

11                                        By    /s/ Brian M. Hom

12                                           Gayle I. Jenkins
                                             E. Todd Chayet

13                                           Brian M. Hom
                                             Attorneys for Defendants

14                                           BCS INSURANCE COMPANY and
                                             WORLD ACCESS SERVICE CORPORATION,

15                                           also erroneously sued as ACCESS AMERICA

16  Dated: August 20, 2007               McLAUGHLIN SULLIVAN LLP

17

18                                        By   /s/ Timothy R. Sullivan (as authorized on 8/20/07)
                                             Timothy R. Sullivan

19                                           Attorneys for Plaintiffs
                                             JOHN A. WALLACE and NORMA WALLACE

20

21        BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT the

22  hearing date for Defendants' Motion to Dismiss, currently set for August 27, 2007, shall be and

23  hereby is continued to September 24, 2007, at 10:00 a.m. in Courtroom 3.

24

25  Dated: August 21, 2007

26                                        By    /s/ Oliver W. Wanger

27                                           Hon. Oliver W. Wanger
                                             U.S. District Court Judge

28

STIPULATION AND ORDER CONTINUING HEARING DATE RE MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com