Timothy R. Sullivan   #128467
**McLAUGHLIN SULLIVAN LLP**
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Plaintiffs JOHN WALLACE and NORMA WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALLACE AND NORMA WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>BCS INSURANCE COMPANY, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 1:07-CV-00778-OWW-SMS<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>*Amended Complaint Filed: 5/25/07* |

**IT IS HEREBY ORDERED THAT** the Mandatory Scheduling Conference, currently set for October 3, 2007, shall be and hereby is continued to November 14, 2007, at 8:45 a.m., in Courtroom 3.

Dated: September 28, 2007            By:_/s/OLIVER W. WANGER
                                            Hon. Oliver W. Wanger
                                            U.S. District Court Judge

00017323.000.DOC

ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com