UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALLACE and NORMA WALLACE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>BCS INSURANCE COMPANY, WORLD ACCESS SERVICE CORPORATION, ACCESS AMERICA<br>and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:07-CV-00778-OWW-SMS<br><br>**ORDER DENYING IN PART AND GRANTING IN PART WITH LEAVE TO AMEND DEFENDANTS' MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

　　　　The Motion to Dismiss of Defendants BCS Insurance Company and World Access Service Corporation, also erroneously sued as Access America, came on for hearing in this Court on September 24, 2007 before the Honorable Oliver W. Wanger.

　　　　The Court having considered the papers filed in support of and in opposition to the Motion and having heard the argument of counsel,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　Defendants' Motion to Dismiss the First Cause of Action on the ground that Plaintiffs lack standing under 18 U.S.C. § 1962 is DENIED WITHOUT PREJUDICE.

LA #593432 v1                                        -1-

2. Defendants' Motion to Dismiss the Fourth Cause of Action on the ground that Plaintiffs lack of standing under California Business and Professions Code section 17200 is DENIED WITHOUT PREJUDICE.

3. Defendants' Motion to Dismiss the First Cause of Action on the ground that the "enterprise" is not adequately pleaded under 18 U.S.C. § 1962 is DENIED.

4. Defendants' Motion to Dismiss the First Cause of Action on the ground that no use or investment of racketeering income is alleged under 18 U.S.C. § 1962 is GRANTED WITH LEAVE TO AMEND.

5. Defendants' Motion to Dismiss the First Cause of Action on the ground that Plaintiffs failed to allege that Defendants participated in the affairs of the enterprise under 18 U.S.C. § 1962 is DENIED.

6. Defendants' Motion to Dismiss the First Cause of Action on the ground that Plaintiffs failed to sufficiently allege an injury under 18 U.S.C. § 1962 is DENIED.

7. Defendants' Motion to Dismiss the First Cause of Action on the ground that Plaintiffs failed to plead predicate acts of mail and wire fraud under 18 U.S.C. § 1962 with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure is DENIED.

8. Defendants' Motion to Dismiss the First Cause of Action on the ground that Plaintiffs failed to state a claim for conspiracy under 18 U.S.C. § 1962 is DENIED.

9. Defendants' Motion to Dismiss the Fourth Cause of Action on the ground that Plaintiffs have not alleged any injury as a result of the conduct alleged as the basis of their claim under California Business and Professions Code section 17200 is DENIED.

10. Plaintiffs shall file a Second Amended Complaint within 20 days of service of this Order.

DATED: January 25, 2008               /s/ OLIVER W. WANGER
                                      Hon. Oliver W. Wanger
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com