1  Timothy R. Sullivan (SBN 128467)
   trs@calitigation.com
2  McLaughlin Sullivan LLP
   1368 W Herndon Ave., Suite 103
3  Fresno, CA, 93711
   Telephone:    (559) 439-8200
4  Facsimile:    (559) 439-8230

5  Attorneys for Plaintiffs
   JOHN WALLACE AND NORMA WALLACE
6

7  Gayle I. Jenkins (SBN: 168962)
   gjenkins@winston.com
8  Denise A. Smith (SBN: 215057)
   desmith@winston.com
9  Saul S. Rostamian (SBN: 235292)
   srostamian@winston.com
10 WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
11 Los Angeles, CA 90071-1543
   Telephone:    213-615-1700
12 Facsimile:    213-615-1750

13 Attorneys for Defendants
   BCS INSURANCE COMPANY AND WORLD ACCESS SERVICE CORP. ALSO
14 ERRONEOUSLY SUED AS ACCESS AMERICA

15

# UNITED STATES DISTRICT COURT

16

## EASTERN DISTRICT OF CALIFORNIA

17

### FRESNO OFFICE

18

19  JOHN WALLACE AND NORMA ) Case No. 1:07-CV-00778-OWW-SMS
    WALLACE,                )
20                          ) **ORDER OF PARTIAL DISMISSAL**
           Plaintiffs,      )
21                          )
        vs.                 )
22                          )
    BCS INSURANCE COMPANY, WORLD )
23  ACCESS SERVICE CORPORATION, )
    ACCESS AMERICA, and DOES 1 THROUGH )
24  25, inclusive,          )
                            )
25         Defendants.      )
                            )
26

27

28

1
**ORDER OF PARTIAL DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

Having reviewed the Stipulation of the Plaintiffs John Wallace and Norma Wallace ("Plaintiffs") and Defendants BCS Insurance Company and World Access Service Corp. ("Defendants") (collectively "the Parties") regarding Plaintiffs' voluntarily dismissal of the (1) a claim under RICO (Racketeer Influenced & Corrupt Organizations Act), 18 U.S.C. §§1961-1968 on behalf of a putative nationwide class; and (2) extending the existing Bus. & Prof. §§ 17200 et seq. – that was initially brought on behalf of Plaintiffs only – to be alleged upon behalf of a putative California-wide class ("May 2007 Amendment"), the Court makes the following findings:

1.   Plaintiffs John Wallace and Norma Wallace ("Plaintiffs") amended their complaint on or about May 25, 2007 to include (1) a First Claim for Relief under RICO (Racketeer Influenced & Corrupt Organizations Act), 18 U.S.C. §§1961-1968 on behalf of a putative nationwide class; and (2) extending the existing Bus. & Prof. §§ 17200 et seq. – that was initially brought on behalf of Plaintiffs only – to be alleged upon behalf of a putative California-wide class ("May 2007 Amendment") as the Fourth Claim for Relief;

2.   On or about April 18, 2008, the Plaintiffs voluntarily offered to withdraw the putative class claims added to their complaint via the May 2007 amendment in exchange for a waiver of any costs incurred by the defendants in relation to the amendment of claims and litigation of the amended claims;

3.   Defendants BCS Insurance Company and World Access Service Corp. ("Defendants") agreed to forego any recoverable costs incurred by the defendants in relation to the amendment of claims and litigation of the amended claims in exchange for Plaintiffs' dismissal of the claims added in the May 2007 Amendment;

4.   The Parties requested that the Court dismiss the First Claim for Relief (Mail Fraud and Wire Fraud in Violation of RICO) and the Fourth Claim for Relief (Unfair Business Practices in

PDF created with pdfFactory trial version www.pdffactory.com

1  Violation of Business & Professions Code §§ 17200 et seq. as brought as a class action for all
2  California insureds against All Defendants), and well as deem all class-related allegations in the
3  operative Third Amended Complaint to be moot.

5      IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:
6      1.    That the First Claim for Relief (Mail Fraud and Wire Fraud in Violation of RICO)
7  and the Fourth Claim for Relief (Unfair Business Practices in Violation of Business & Professions
8  Code §§ 17200 et seq. as brought as a class action for all California insureds against All Defendants)
9  are hereby DISMISSED;
10      2.    That all class-related allegations in the operative Third Amended Complaint are
11  deemed moot;
12      3.    That the Defendants shall not collect costs relating to the amendment of and litigation
13  of the claims being dismissed in this Order.

Dated: August 13, 2008      /s/ OLIVER W. WANGER
    HONORABLE OLIVER W. WANGER
    UNITED STATES DISTRICT COURT

**Winston & Strawn LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543

PDF created with pdfFactory trial version www.pdffactory.com