William T. McLaughlin II (SBN 116348)
wtm@calitigation.com
McLaughlin Sullivan LLP
1368 W Herndon Ave., Suite 103
Fresno, CA, 93711
Telephone:   (559) 439-8200
Facsimile:   (559) 439-8230

Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
Denise A. Smith (SBN:  215057)
desmith@winston.com
Saul S. Rostamian (SBN:  235292)
srostamian@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendants
BCS INSURANCE COMPANY AND WORLD ACCESS SERVICE CORP. ALSO ERRONEOUSLY SUED AS ACCESS AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO OFFICE**

| | |
|---|---|
| JOHN WALLACE AND NORMA WALLACE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>BCS INSURANCE COMPANY, WORLD ACCESS SERVICE CORPORATION, ACCESS AMERICA, and DOES 1 THROUGH 25, inclusive,<br><br>         Defendants. | Case No. 1:07-CV-00778-OWW-SMS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>**[Rule 41(a)(2), Fed. R. Civ. P.]** |

1

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND [Proposed] ORDER THEREON**

1  Pursuant to Rule 41(a)(2) of the Fed. Rules of Civil Procedure, Plaintiffs John Wallace and
2  Norma Wallace ("Plaintiffs") and Defendants BCS Insurance Company and World Access Service
3  Corp. ("Defendants") (collectively "the Parties") hereby stipulate by and through their counsel of
4  record that any and all claims in this action shall be dismissed, with prejudice, in accordance with
5  the terms of a Confidential Settlement Agreement and General Release entered into between the
6  parties.

  IT IS SO STIPULATED.

Dated:  November 26, 2008          MCLAUGHLIN SULLIVAN LLP


                                   By:  */S/*
                                        William T. McLaughlin II
                                        Attorneys for Plaintiffs
                                        JOHN WALLACE AND NORMA
                                        WALLACE


Dated:  November 26, 2008          WINSTON & STRAWN LLP


                                   By:  */S/*
                                        Gayle I. Jenkins
                                        Attorneys for Defendants
                                        BCS INSURANCE COMPANY
                                        AND WORLD ACCESS SERVICE
                                        CORP. ALSO ERRONEOUSLY
                                        SUED AS ACCESS AMERICA

1    **IT IS SO ORDERED.**

2

3    Date: 12/10/2008                    /s/ OLIVER W. WANGER
                                          Hon. Oliver W. Wanger
4                                         United States District Court